IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> Reginald Abraham, <br><br> Defendant. | **Criminal No. 17-cr-10269-WGY** |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant was arrested on September 6, 2017, and there is no further reason to keep the indictment secret.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By:   */s/ Miranda Hooker*
Miranda Hooker
Assistant U.S. Attorney

Date:  September 6, 2017