UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## HABEAS CORPUS AD TESTIFICANDUM

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**Framingham Massachusetts Committing Institution, in Framingham, Massachusetts**

**YOU ARE COMMANDED** to have the body of **Shannon Ferreira** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts on October 11, 2017 10:00 a.m. for the purpose of testifying in United States v. Reginald Abraham, Criminal No. 17-CR-10269-JCB

And you are to retain the body of said **Shannon Ferreira** while before said Court upon said day and upon such further days thereafter as her attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which she was taken, under safe and secure conduct, to be there imprisoned as if she had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

**Dated at Boston in said District this  10  day of October, 2017.**


  Honorable William G. Young
**United States District Judge**

                                                            By:    /s/ Jennifer Gaudet
                                                                   **Jennifer Gaudet**
                                                                   **Deputy Clerk**

Requested by: AUSA Miranda Hooker